**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              September 6, 2011

Courtroom Deputy: Nel Steffens
Court Reporter:    Suzanne Claar
Probation Officer: Justine Kozak

---

**Criminal Action No.  10-cr-00542-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| Plaintiff, | |
| v. | |
| 10.  RONALD ROCHA, | Michael Dowling |
| Defendant. | |

---

**SENTENCING MINUTES**

---

**10:03 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and two addenda.

Counsel for the government confirms that counsel has read the presentence report and addenda.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addenda with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment(s) of conviction, sentence(s), and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:

    - the **Government's Motion Pursuant to § 5K1.1 for Downward Departure Based on Substantial Assistance and for Three Level Reduction in Base Offense Level** [#373] filed June 27, 2011, is **GRANTED** as the request for relief was modified by the government during this sentencing hearing;

    - the government's oral motion to dismiss with prejudice Count 1 of the Indictment as to this defendant only is **GRANTED**; that accordingly, Count 1 of the Indictment is **DISMISSED WITH PREJUDICE** as to this defendant only;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 21 of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant be sentenced to supervised probation for a term of **three (3) years**, during which term he shall be subject to the jurisdiction of this court and its probation department;

5. That while on supervised probation the defendant shall comply with the

following conditions of supervised probation:

- all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised probation;

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised probation;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    - that the defendant, having undergone a substance abuse evaluation and having enrolled in a course of treatment for substance abuse, shall, at his expense, continue that course of treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment, therapy, counseling, testing, or education of the defendant;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00; and

8. That immediately following this hearing, the defendant and his counsel shall confer with Ms. Kozak to schedule an appointment for the defendant to read, review, and sign the written conditions of supervised probation;

The defendant waives formal advisement of appeal.

**10:25 a.m.   Court in recess.**

Total time in court:   00:22

Hearing concluded.