IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00542-REB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  IVAN ULLOA,

    Defendant.

## MINUTE ORDER[1]

On October 18, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **January 27, 2012**, commencing at 1:30 p.m., the court shall conduct the sentencing hearing in this matter.

Dated:  October 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.