IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00542-REB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. JOSE TORRES-URRUTIA,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter is before the court on defendant's **Motion To Withdraw Document #557** [#558][2] filed November 1, 2011. The motion is **GRANTED**. The **Motion For Downward Departure/Variance and Sentencing Statement by Defendant Jose Torres** [#557] filed November 1, 2011, is **WITHDRAWN**.

    Dated: November 2, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#558]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.