IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00542-REB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. EULISES ALVARADO-CARRILLO,

    Defendant.

**MINUTE ORDER**[1]

    On December 2, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with the parties and with their consent,

    **IT IS ORDERED** that on **December 13, 2011**, commencing at 11:00 a.m., the court shall conduct the change of plea hearing in this matter.

    Dated: December 2, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.