IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00542-REB-6

UNITED STATES OF AMERICA,

 Plaintiff,

v.

6. LUIS AGUERO-SAENZ,

 Defendant.

## MINUTE ORDER[1]

 On December 6, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

 **IT IS ORDERED** as follows:

 1. That on **December 13, 2011**, commencing at 1:30 p.m., the court shall conduct a sentencing hearing in this matter; and

 2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

 Dated: December 6, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.