# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 10-cr-00542-REB-12 |
| BRITTANY WILLIAMS ) | USM No: 37346-013 |
| Date of Previous Judgment: June 9, 2011 ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  **X** DENIED.    GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 25 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Term: | 120 months | Amended Guideline Term: | 120 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other *(explain)*:

## III. ADDITIONAL COMMENTS
There is no reduction in the defendant's guideline range as the Supplement to the 2010 edition of the <u>Guidelines Manual</u> was used to calculate the defendant's base offense level.

Except as provided above, all provisions of the judgment dated   June 9, 2011,   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:  December 14, 2011 | s/ Robert E. Blackburn |
| | *Judge's signature* |
| Effective Date: _____ | Robert E. Blackburn, United States District Judge |
| *(if different from order date)* | *Printed name and title* |