**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. EULISES ALVARADO-CARRILLO,

    Defendant.

**MINUTE ORDER**[1]

On March 29, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1. That on **April 5, 2012**, commencing at 1:30 p.m., the court shall conduct a sentencing hearing in this matter; and

2. That the telephonic setting conference set for Friday, March 30, 2012, is **VACATED**.

    Dated: March 29, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.