IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00542-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     EDUARDO RIVAS,
2.     JOSE RIVAS,

        Defendants.

## FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture Only As To Certain Defendants** [#641][1] filed June 5, 2012. The Court having reviewed the motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853(p), as set forth in the Indictment returned on October 21, 2010;

THAT a Preliminary Order of Forfeiture Only as to Eduardo Rivas was entered on June 14, 2011;

THAT a Preliminary Order of Forfeiture Only as to Jose Rivas was entered on July 15, 2011;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

---

[1] "[#641]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

THAT, as of June 5, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:**

1. That the **United States' Motion for Final Order of Forfeiture Only As To Certain Defendants** [#641] filed June 5, 2012, is **GRANTED**;

2. That judgment of forfeiture of the following property

   a. 2007 Jeep Commander, VIN 1J8HG48K47C607581 titled to Jose Rivas and seized from Eduardo Rivas on October 26, 2010, and

   b. 2008 Chrysler 300, VIN 2C3KA53G68H187767 titled to Denise Deanda and seized from Jose Rivas on October 26, 2010,

shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party; and

3. That the United States shall have full and legal title to the forfeited

   c. 2007 Jeep Commander, VIN 1J8HG48K47C607581 titled to Jose Rivas and seized from Eduardo Rivas on October 26, 2010, and

   d. 2008 Chrysler 300, VIN 2C3KA53G68H187767 titled to Denise Deanda and seized from Jose Rivas on October 26, 2010,

and may dispose of them in accordance with law.

Dated June 6, 2012, at Denver, Colorado.

                                               **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge